# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBUS MEDICAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> LIFE SPINE, INC. <br><br> Defendant. | CIVIL ACTION <br><br> NO.: 21-1445 (JPM) <br><br> **JURY TRIAL DEMANDED** |

## SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of Jeffrey S. Cianciulli, Esquire of Weir Greenblatt Pierce LLP, in place of Neal C. Belgam, Esquire and Eve H. Ormerod, Esquire of Smith, Katzenstein & Jenkins LLP, for Plaintiff, Globus Medical, Inc. in the above captioned matter.

| SMITH, KATZENSTEIN & JENKINS LLP | WEIR GREENBLATT PIERCE LLP |
|---|---|
| By:/s/ Neal C. Belgam <br>    Neal C. Belgam (#2721) <br>    Eve H. Ormerod (#5369) <br>    1000 West Orange Street, Suite 1501 <br>    Wilmington, DE 19801 <br>    (302) 652-8400 <br>    nbelgam@skjlaw.com <br>    eormerod@skjlaw.com <br><br> *Withdrawing Attorneys for Plaintiff* | By:/s/ Jeffrey S. Cianciulli <br>    Jeffrey S. Cianciulli, Esq. (#4369) <br>    824 Market Street Mall, Suite 800 <br>    Wilmington, DE 19801 <br>    (302) 652-8181 <br>    jcianciulli@wgpllp.com <br><br> *Entering Attorneys for Plaintiff* |
| Dated: April 7, 2022 | Dated: April 7, 2022 |