# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBUS MEDICAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE SPINE, INC.,<br><br>　　　　　Defendant. | C.A. No. 21-1445 (JPM)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF GLOBUS MEDICAL, INC.'S
## MOTION TO STRIKE AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff Globus Medical, Inc. hereby moves to strike Defendant Life Spine, Inc.'s affirmative defenses of equitable estoppel, waiver, and unclean hands (as stated in Life Spine's Sixth Affirmative Defense) and license and implied license (as stated in Life Spine's Ninth Affirmative Defense) on the grounds set forth in the accompanying Memorandum of Law submitted in support of this motion.

Dated:　February 27, 2023

OF COUNSEL:

Arun S. Subramanian
Jacob Buchdahl
Mark Hatch-Miller
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
(212) 336-8330
asubramanian@susmangodfrey.com
jbuchdahl@susmangodfrey.com
mhatch-miller@susmangodfrey.com
gchen@susmangodfrey.com

WEIR GREENBLATT PIERCE LLP

*/s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli (No. 4369)
824 Market Street Mall, Suite 800
Wilmington, DE 19801
(302) 652-8181
jcianciulli@wgpllp.com

*Attorneys for Plaintiff Globus Medical, Inc.*

John P. Lahad
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 653-7859
jlahad@susmangodfrey.com