**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLOBUS MEDICAL, INC. <br><br>          Plaintiff, <br><br>   v. <br><br> LIFE SPINE, INC. <br><br>          Defendant. | CIVIL ACTION <br><br> NO.:  21-1445 (JPM) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 7, 2025, Plaintiff Globus Medical, Inc. served

(1) Expert Report of Michael C. Sherman Regarding Infringement of United States Patent Nos.

8,845,731 and 10,925,752 with Exhibits; and (2) Expert Report of Philip W. Kline dated February

7, 2025 upon the following counsel in the manner indicated:

Jennifer Ying                                       *VIA ELECTRONIC MAIL*
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1800
Wilmington, DE  19801
(302) 658-9200
jying@morrisnichols.com

Rajat Khanna                                        *VIA ELECTRONIC MAIL*
Athena Dalton
Quinn Emanuel Urquhart & Sullivan, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL  60606
rajatkhanna@quinnemanuel.com
athenadalton@quinnemanuel.com
qe-globus-lifespine@quinnemanuel.com

                                       WEIR LLP
                                       A Pennsylvania Limited Liability Partnership

OF COUNSEL:

                                       By:/s/ Jeffrey S. Cianciulli
                                          Jeffrey S. Cianciulli, Esq. (#4369)

Jacob Buchdahl
Mark Hatch-Miller
Geng Chen
Robert Greenfeld
SUSMAN GODFREY L.L.P.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, NY  10001
(212) 336-8330
jbuchdahl@susmangodfrey.com
mhatch-miller@susmangodfrey.com
gchen@susmangodfrey.com
rgreenfeld@susmangodfrey.com

John P. Lahad
Walker Hobby
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 653-7859
jlahad@susmangodfrey.com
whobby@susmangodfrey.com

1204 N. King Street
Wilmington, DE 19801
(302) 652-8181
jcianciulli@weirlawllp.com

*Attorneys for Plaintiff,*
*Globus Medical, Inc.*

Dated:  February 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I caused the foregoing Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing Notice of Service to be served on February 7, 2025, upon the following in the manner indicated:

Jack B. Blumenfeld                                      *VIA ELECTRONIC MAIL*
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, Suite 1800
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Brianne M. Straka                                      *VIA ELECTRONIC MAIL*
Dave Nelson
Rajat Khanna
Marc L. Kaplan
Athena Dalton
Quinn Emanuel Urquhart & Sullivan, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL  60606
briannestraka@quinnemanuel.com
davenelson@quinnemanuel.com
rajatkhanna@quinnemanuel.com
marckaplan@quinnemanuel.com
athenadalton@quinnemanuel.com

Vanessa Blecher                                        *VIA ELECTRONIC MAIL*
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
vanessablecher@quinnemanuel.com

766908.1

Zi Chun (Michelle) Wang                                    *VIA ELECTRONIC MAIL*
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave., Suite 520
Boston, MA  02199
michellewang@quinnemanuel.com


/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli (#4369)