IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBUS MEDICAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1445 (CFC) |
| | ) |
| LIFE SPINE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF LODGING
OF PHASE 1 TRIAL DEMONSTRATIVES**

PLEASE TAKE NOTICE that Plaintiff Globus Medical, Inc. ("Globus") hereby lodges with the Court true and correct copies of the following demonstratives used in the jury trial between August 11, 2025 and August 12, 2025:

- Globus' Trial Opening Statement (PDX-5) – attached hereto as Exhibit 1;

- Demonstratives used in connection with the examination of Mr. Fromhold (PDX-6), attached hereto as Exhibit 2; and

- Demonstratives used in connection with the examination of Mr. Sherman (PDX-7), attached hereto as Exhibit 3.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jacob Buchdahl<br>Mark Hatch-Miller<br>Geng Chen<br>Robert Greenfeld<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West<br>395 Ninth Avenue, 50th Floor<br>New York, NY 10001 | WEIR LLP<br>A Pennsylvania Limited Liability Partnership<br><br>By:/s/ Jeffrey S. Cianciulli<br>   Jeffrey S. Cianciulli, Esq. (#4369)<br>   1204 N. King Street<br>   Wilmington, DE 19801<br>   (302) 652-8181<br>   jcianciulli@weirlawllp.com<br><br>*Attorneys for Plaintiff,*<br>*Globus Medical, Inc.* |

(212) 336-8330
jbuchdahl@susmangodfrey.com
mhatch-miller@susmangodfrey.com
gchen@susmangodfrey.com
rgreenfeld@susmangodfrey.com

John P. Lahad
Walker Hobby
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 653-7859
jlahad@susmangodfrey.com
whobby@susmangodfrey.com

Dated:  August 12, 2025

# **CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on August 12, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 12, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld<br>Jennifer Ying<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com | *VIA ELECTRONIC MAIL* |
| Brianne M. Straka<br>Dave Nelson<br>Rajat Khanna<br>Marc L. Kaplan<br>Athena Dalton<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 North Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>briannestraka@quinnemanuel.com<br>davenelson@quinnemanuel.com<br>rajatkhanna@quinnemanuel.com<br>marckaplan@quinnemanuel.com<br>athenadalton@quinnemanuel.com | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Vanessa Blecher<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>vanessablecher@quinnemanuel.com | *VIA ELECTRONIC MAIL* |
| Zi Chun (Michelle) Wang<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Ave., Suite 520<br>Boston, MA  02199<br>michellewang@quinnemanuel.com | *VIA ELECTRONIC MAIL* |

                                              /s/ Jeffrey S. Cianciulli  
                                              Jeffrey S. Cianciulli (#4369)